[No. 28636-0-II.   Division Two.   October 21, 2003.]

REBECCA OCHS, *Respondent*, v. ROBERT D. WEAVER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-2-00586-3, Thurman W. Lowans, J. Pro Tem., entered March 28, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, J.; Hunt, C.J., dissenting.

[No. 28777-3-II.   Division Two.   October 21, 2003.]

PHILLIP BLACKLEDGE, *Appellant*, v. THE CITY OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-09757-8, Marywave Van Deren, J., entered May 2, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 29024-3-II.   Division Two.   October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN G. MAKI, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 02-1-00026-1, Thomas J. Majhan, J., entered July 1, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29382-0-II.   Division Two.   October 21, 2003.]

HILARY MENTING, *Appellant*, v. WASHINGTON MUTUAL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-11550-8, Frank Cuthbertson, J., entered September 18, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Armstrong, JJ.